**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert RUHE, Defendant–Appellant.**

No. 02–6533.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 20, 2002.

John Farnan Potts, Toledo, Ohio, for Appellant. Zelda Elizabeth Wesley, Office of the United States Attorney, Clarksburg, West Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

Robert Ruhe seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Ruhe,* Nos. CR–96–3; CA–00–188–1 (N.D.W.Va. Feb. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*